United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 16, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 03-30740
Summary Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SOLEDAD A. MURILLO,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 1:03-CR-10002-01
--------------------

Before SMITH, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Soledad A. Murillo on direct appeal has filed a motion to withdraw and a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 744 (1967). Counsel's motion to supplement the record on appeal with a letter from Murillo's treating physician is GRANTED. Counsel's motion to place the letter under seal is also GRANTED.

Murillo has not filed a response to counsel's <u>Anders</u> brief. Our independent review of the brief and the record discloses no

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

nonfrivolous issue.  Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.